Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LAROSE HOSPITALITY, LLC, | § | CASE NO.21-90034 |
| | § | **Chapter 11** |
| Debtor. | § | |

**DEBTOR'S EMERGENCY MOTION FOR USE OF CASH COLLATERAL**

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

**TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:**

**COMES NOW LaRose Hospitality, LLC,** the Chapter 11 Debtor in the above styled and referenced bankruptcy case (the "Debtor"), and files this its Motion for Use of Cash Collateral pursuant to 11 U.S.C. § 363 of the Bankruptcy Code and in support of same would respectfully show the following:

1. On February 24, 2021, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The Debtor is now operating its business and managing its property as a debtor in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code. Henry Thomas Moran has been appointed the Subchapter V Trustee. No. official committee has been appointed.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue of the Chapter 11 case and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. Debtor requests the Court to enter an Interim Order for Use of Cash Collateral in the form attached hereto as **Exhibit "A."**

4. Debtor has an immediate need to use the cash collateral of Red Oak Capital Holdings, LLC (the "Secured Lender"), the Debtor's secured creditor claiming liens on Debtor's personal property including accounts. The Debtor can adequately protect the interests of the Secured Lender as set forth in the proposed Interim Order for Use of Cash Collateral by providing the Secured Lender with post-petition liens, a priority claim in the Chapter 11 bankruptcy case, and cash flow payments. The cash collateral will be used to continue the Debtor's ongoing operations. The Debtor operates a Holiday Inn Express & Suites located in Livingston, TX . The Budget attached to the proposed Order permits the payment of ongoing operating expenses of the

Debtor in order to allow the Debtor to maintain its operations in Chapter 11. The Debtor intends to rearrange its affairs and needs to continue to operate in order to pay its ongoing expenses, generate additional income and to propose a plan in this case. The Debtor's proposed Two-Week Budget and One-Month Budget are attached hereto as **Exhibit "B."**

5. This is an emergency matter since the Debtor has no outside sources of funding available to it and must rely on the use of cash collateral to continue its operations.

WHEREFORE, PREMISES CONSIDERED, the Debtor respectfully requests that this Court enter an Interim Order for Use of Cash Collateral in the form attached hereto as **Exhibit A"** and for such other and further relief to which the Debtor may be justly entitled.

Dated: March 2, 2021.

Respectfully submitted,

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR DEBTOR

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 2, 2021, a true and correct copy of the foregoing document was served via United States first class mail, postage prepaid, upon the parties on the attached service list.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer

```
Label Matrix for local noticing        AT&T(20)                              AT&T(20)
0540-9                                  PO Box 5019                           PO Box 5091
Case 21-90034                           Carol Stream, IL 60197-5019           Carol Stream, IL 60197-5091
Eastern District of Texas
Lufkin
Tue Mar  2 17:42:26 CST 2021

American Elevator(20)                   Anderson Affordable(20)               City of Livingston
PO Box 2709                             706 Spring Lake Drive                 200 West Church
Baytown, TX 77522-2717                  Lufkin, TX 75901-6931                 Livingston, TX 77351-3281


FGMS Holdings, LLC(20)                  Grass Roots Lawn & Landscape(20)      Guest Supply(20)
8401 Datapoint Dr, Ste 1000             240 Branding Iron                     PO Box 6771
Livingston, TX 77351                    Livingston, TX 77351-7558             Somerset, NJ 08875-6771


HD Supply(20)                           Home Depot Pro(20)                    IRM Ventures Capital(20)
PO Box 509058                           PO Box 2317                           c/o  Issac Greefiled
San Diego, CA 92150-9058                Jacksonville, FL 32203-2317           6 Stone St 3rd Floor
                                                                              New York, NY 10004-2390


Internal Revenue Service                LaRose Hospitality, LLC               Joyce W. Lindauer
PO Box 7346                             915 E. Grande Blvd.                   Joyce Lindauer, Attorney
Philadelphia, PA 19101-7346             Apt. 2201                             1412 Main Street
                                        Tyler, TX 75703-3991                  Suite 500
                                                                              Dallas, TX 75202-4042


H. Thomas Moran (SBRA V) III            Office Depot(20)                      Otis Elevator(20)
736 Highway 87                          PO Box 630813                         9001 Jamel Rd., Suite 100
PO Box 2966                             Cincinnati, OH 45263-0813             Houston, TX 77040-5088
Gilchrist, TX 77617-2966


Parity Technology Solutions(20)         Playnetwork(20)                       Polk County Sprinkler Systems(20)
5110 Lancaster Street                   PO Box 21550                          3959 Highway 190 West
Harrisburg, PA 17111-3564               New York, NY 10087-1550               Livingston, TX 77351-8794


Polk County Tax Assessor                Red Oak Capital Holdings, LLC(20)     Royal Cup(20)
416 N. Washington Avenue                Attn: Gary Bechtel, CEO               PO Box 841000
Livingston, TX 77351-2899               625 Kenmoor Avenue SE, Suite 200      Dallas, TX 75284-1000
                                        Grand Rapids, MI 49546-2395


Safeco Security Services(20)            Smartpay(20)                          The Plumber(20)
PO Box 524                              Tree Ravinia Drive, Suite 100         109 E. Abbey Street
Lufkin, TX 75902-0524                   Atlanta, GA 30346                     Livingston, TX 77351-2901


U.S. Attorney General                   US Trustee                            United States Attorney's Office
Department of Justice                   Office of the U.S. Trustee            350 Magnolia Avenue, Suite 150
Main Justice Building                   110 N. College Ave.                   Beaumont, TX 77701-2254
10th & Constitution Ave., NW            Suite 300
Washington, DC 20530-0001               Tyler, TX 75702-7231
```

United States Trustee's Office
110 N. College Avenue, Suite 300
Tyler, TX 75702-7231

John M. Vardeman
UST Office
110 N. College St., Suite 300
Tyler, TX 75702-7231

Vernon E. Inge
Whiteford Taylor Preston
Two James Center
1021 E. Cary Street, Suite 1700
Richmond, VA 23219-4000

End of Label Matrix
Mailable recipients    32
Bypassed recipients     0
Total                  32