| Company | Purpose | Type of Service | Column1 | Current Monthly Cost | Column3 |
|---|---|---|---|---|---|
| AT&T | WiFI | AT&T | Monthly | $336.08 | |
| AT&T | Telephone | AT&T | Monthly | $178.54 | |
| AT&T Directv Hardware | DirecTV Hardware and Installation | AT&T | Monthly | $349.62 | |
| AT&T Directv Channel Lineup | Cable | AT&T | Monthly | $712.78 | |
| Smart Pay -IHG | Franchise Fee | Franchise Fee | Monthly | $15,000.00 | |
| IPFS Corporation | Insurance | Insurance | Monthly | $1,660.52 | |
| Payroll | | Payroll | BiWeekly | $8,979.00 | |
| LIVCOM | Phone | Phone | Monthly | $614.93 | |
| American Hotel Co. | Housekeeping Supplies | Supplier | Monthly | $300.00 | |
| Courtesy Products | Housekeeping Supplies | Supplier | Monthly | $300.00 | |
| Guest Supply | Housekeeping Supplies | Supplier | Monthly | $300.00 | |
| HD Supply | Housekeeping Supplies | Supplier | Monthly | $300.00 | |

**EXHIBIT "B"**

| Company | Purpose | Type of Service | Column1 | Current Monthly Cost | Column3 |
|---|---|---|---|---|---|
| Home Depot Pro | Housekeeping Supplies | Supplier | Monthly | $300.00 | |
| Office Depot | | Office Supplies | Monthly | $300.00 | |
| Royal Cup | | Supplies | Monthly | $300.00 | |
| Sysco | | Supplies | Monthly | $350.00 | |
| Center Point Energy | Gas | Utility | Monthly | $351.31 | |
| City of Livingston | Electricity & Water | Utility | Monthly | $3,683.97 | |
| PlayNetwork | Sound System | Vendor | Monthly | $389.70 | |
| ECOLAB | Exterminator | Vendor | Monthly | $169.08 | |
| Grass Roots Lawn & Landscape | Yard Maintenance | Vendor | Monthly | $150.00 | |
| Parity Solutions | | Vendor | Monthly Average | $200.00 | |
| HPP Rental | HP Server | ACH | Monthly | $474.57 | |
| State of Texas | | 6% depending on Revenue | Monthly | $2,000.00 | |
| | | | | $37,700.10 | |

INCOME       $66,612.71
EXPENSES     $37,700.10
NET INCOME   $28,912.61