UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
Lufkin Division

| | | |
|---|---|---|
| In re: | ) | Case No. 21-90034 |
| | ) | |
| LAROSE HOSPITALITY, LLC, | ) | Chapter 11 |
| | ) | |
| *Debtor*. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND PLEADINGS**

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance on behalf of **RED OAK CAPITAL FUND II, LLC**, a secured creditor in the above-referenced case. The undersigned hereby requests notice and copies of all motions, notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the Court, any other documents or instruments filed in the above-referenced proceeding, and any other matter in which notice is required pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor in care of the undersigned at the address set forth below.

**Certificate of Service**

I hereby certify that on the 15th day of March, 2021, a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Notices and Pleadings* was served on all parties receiving ECF notices electronically or mailed to the parties listed below:

Joyce W. Lindauer, Esq.  
JOYCE W. LINDAUER ATTORNEY PLLC  
1412 Main Street, Suite 500  
Dallas, Texas 75202  

U.S. Trustee (EDTX)  
OFFICE OF THE U.S. TRUSTEE  
110 N. College Avenue, Suite 300  
Tyler, Texas 75702-7226  

Dated: March 15, 2021

**WHITEFORD, TAYLOR & PRESTON, L.L.P.**  
Two James Center  
1021 East Cary Street, Suite 1700  
Richmond, Virginia 23219  
Telephone:    804.977.3302  
Facsimile:    804.977.3292  
E-Mail:        cbooker@wtplaw.com  

/s/ *Corey S. Booker*  
Corey S. Booker (Texas Bar No. 24091900)  

*Counsel for Red Oak Capital Fund II, LLC, Creditor*

2