Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LAROSE HOSPITALITY, LLC, | § | CASE NO.21-90034 |
| | § | Chapter 11 |
| Debtor. | § | |

**DEBTOR'S STATUS REPORT PURSUANT TO 11 U.S.C § 1188(c)**

**TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:**

**COMES NOW LaRose Hospitality, LLC,** ("Debtor"), the Debtor in the above-styled and numbered case and files this Status Report Pursuant to 11 U.S.C. § 1188(c) and in support thereof would respectfully show unto the Court as follows:

1.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue of the Chapter 11 case and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.  Debtor filed a voluntary petition under Chapter 11, Title 11, of the United States Bankruptcy Code on February 24, 2021 (the "Petition Date") in the United States Bankruptcy Court for the Eastern District of Texas, Lufkin Division.

3. The Debtor is now operating its business and managing its property as a debtor in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code. Henry Thomas Moran has been appointed the Subchapter V Trustee. No official committee has been appointed.

4. The Debtor owns and operates a Holiday Inn Express & Suites located in Livingston, Texas (the "Hotel"). The Debtor is owned 100% by Akhbar Ahmed who also manages the Hotel.

5. The Debtor filed this bankruptcy proceeding due to the downturn in the economy precipitated by the COVID-19 pandemic.

6. The Debtor owns personal property as of the Petition Date in the approximate amount of $382,200.00. This consists of (i) Cash, cash equivalents and financial assets in the amount of $200.00; (ii) Deposits and prepayments in the amount of $12,000.00; (iii) Other property (furniture, fixtures and equipment) in the amount of $370,000.00 and real property in the amount of $2,930,000.00 (which is the Debtor's opinion of value – and not based on an appraisal).

7. The Debtor has the following debts as set forth in either its bankruptcy schedules as of the Petition Date:

| | |
|---|---|
| Secured claims: | $4,033,961.29 |
| Priority claims: | TBD[1] |
| Unsecured claims: | $967,963.29 |

8. The Debtor attended its 341 Meeting of Creditors on March 29, 2021.

9. The Debtor is in compliance with its duties under the Bankruptcy Code and has filed its Schedules, Statement of Financial Affairs and other required documents. The Debtor has turned over its 2019 tax returns to the U.S. Trustee and Chapter V Trustee. The 2020 Tax Returns

---

[1] The Debtor believes it is current on priority tax claims, however, the Proof of Claim deadline is May 5, 2021 for non-governmental entities and August 23, 2021 for a governmental entity, after which time, Debtor will know whether any priority claims are owed.

DEBTOR'S STATUS REPORT
Page 2

are not yet completed. The Debtor has attended an Initial Debtor Interview and has filed an Application to Employ the undersigned bankruptcy counsel.

10. Since the filing of the bankruptcy case, the Debtor has taken steps to continue its operations and expects revenue to increase due to the reopening of the economy; the Debtor is also entering its busy season and expects increased occupancy rates and revenues. The Debtor believes it will be able to generate income in amounts sufficient to propose a feasible plan within the required 90-day time frame. Although it is still unclear what the percentage return to creditors will be, the Debtor intends to propose a plan that will provide a fair dividend to the creditors.

Dated: April 5, 2021.

Respectfully submitted,

   */s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR DEBTOR

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 5, 2021, a true and correct copy of the foregoing document was served via United States first class mail, postage prepaid, upon the parties on the attached service list.

   */s/ Joyce W. Lindauer*
Joyce W. Lindauer

```
Label Matrix for local noticing        AT&T(20)                                AT&T(20)
0540-9                                  PO Box 5019                            PO Box 5091
Case 21-90034                           Carol Stream, IL 60197-5019            Carol Stream, IL 60197-5091
Eastern District of Texas
Lufkin
Mon Apr  5 19:54:54 CDT 2021

American Elevator(20)                   Anderson Affordable(20)                Corey Simpson Booker
PO Box 2709                             706 Spring Lake Drive                  Whiteford, Taylor, & Preston
Baytown, TX 77522-2717                  Lufkin, TX 75901-6931                  1021 E. Cary Street
                                                                               Suite  1700
                                                                               Richmond, VA 23219-4000


City of Livingston                      John P. Dillman                        FGMS Holdings, LLC(20)
200 West Church                         P.O. Box 3064                          8401 Datapoint Dr, Ste 1000
Livingston, TX 77351-3281               Houston, TX 77253-3064                 Livingston, TX 77351




Grass Roots Lawn & Landscape(20)        Guest Supply(20)                       HD Supply(20)
240 Branding Iron                       PO Box 6771                            PO Box 509058
Livingston, TX 77351-7558               Somerset, NJ 08875-6771                San Diego, CA 92150-9058




Mary Elizabeth Heard                    Holiday Hospitality Franchising, LLC   Home Depot Pro(20)
M.E. Heard, Attorney, PLLC              Three Ravinia Drive, Suite 100         PO Box 2317
100 NE Loop 410                         26th Floor                             Jacksonville, FL 32203-2317
San Antonio, TX 78216-4700              Atlanta, GA 30346-2121


IBEX Funding Group                      IRM Ventures Capital(20)               Internal Revenue Service
53 Bridge Street                        c/o  Issac Greefiled                   PO Box 7346
Unit 605                                6 Stone St 3rd Floor                   Philadelphia, PA 19101-7346
Brooklyn, NY 11201-7903                 New York, NY 10004-2390


LaRose Hospitality, LLC                 Joyce W. Lindauer                      Minvir Inc.
915 E. Grande Blvd.                     Joyce Lindauer, Attorney               Dhaval Patel
Apt. 2201                               1412 Main Street                       26327 W. Rolling Silver Lane
Tyler, TX 75703-3991                    Suite 500                              Katy, TX 77494-1417
                                        Dallas, TX 75202-4042


H. Thomas Moran (SBRA V) III            Office Depot(20)                       Otis Elevator(20)
736 Highway 87                          PO Box 630813                          9001 Jamel Rd., Suite 100
PO Box 2966                             Cincinnati, OH 45263-0813              Houston, TX 77040-5088
Gilchrist, TX 77617-2966


Ovation Services LLC as agent for FGMS Holdi  Parity Technology Solutions(20)  Playnetwork(20)
c/o Mary Elizabeth Heard                 5110 Lancaster Street                 PO Box 21550
100 NE Loop 410, Suite 605               Harrisburg, PA 17111-3564             New York, NY 10087-1550
SAN ANTONIO, TX 78216-4742


Polk County                             Polk County                           Polk County
Linebarger Goggan Blair & Sampson LLP   Linebarger Goggan Blair & Sampson LLP  c/o John P. Dillman
C/O John P Dillman                      c/o Tara L. Grundemeier                Linebarger Goggan Blair & Sampson LLP
PO BOX 3064                             P.O. Box 3064                          P.O. Box 3064
Houston, TX 77253-3064                  Houston, TX 77253-3064                 Houston, TX 77253-3064
```

| | | |
|---|---|---|
| Polk County Sprinkler Systems(20)<br>3959 Highway 190 West<br>Livingston, TX 77351-8794 | Polk County Tax Assessor<br>416 N. Washington Avenue<br>Livingston, TX 77351-2899 | Red Oak Capital Fund II, LLC<br>c/o Corey Booker<br>Two James Center<br>1021 East Cary Street, Ste 1700<br>Richmond, VA 23219-4000 |
| Red Oak Capital Holdings, LLC(20)<br>Attn: Gary Bechtel, CEO<br>625 Kenmoor Avenue SE, Suite 200<br>Grand Rapids, MI 49546-2395 | Royal Cup(20)<br>PO Box 841000<br>Dallas, TX 75284-1000 | Safeco Security Services(20)<br>PO Box 524<br>Lufkin, TX 75902-0524 |
| Smartpay(20)<br>Tree Ravinia Drive, Suite 100<br>Atlanta, GA 30346 | The Plumber(20)<br>109 E. Abbey Street<br>Livingston, TX 77351-2901 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 |
| US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | United States Attorney's Office<br>350 Magnolia Avenue, Suite 150<br>Beaumont, TX 77701-2254 | United States Trustee's Office<br>110 N. College Avenue, Suite 300<br>Tyler, TX 75702-7231 |
| John M. Vardeman<br>UST Office<br>110 N. College St., Suite 300<br>Tyler, TX 75702-7231 | Vernon E. Inge<br>Whiteford Taylor Preston<br>Two James Center<br>1021 E. Cary Street, Suite 1700<br>Richmond, VA 23219-4000 | End of Label Matrix<br>Mailable recipients    43<br>Bypassed recipients     0<br>Total                  43 |