UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | |
|---|---|
| In re:<br><br>LaRose Hospitality, LLC,<br><br>Debtor | CHAPTER 11<br><br>CASE NO.: 21-90034 |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned appears in the above-captioned chapter 11 cases on behalf of Holiday Hospitality Franchising, LLC ("HHF") and, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), demand that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following address:

| | |
|---|---|
| David A. Wender<br>Texas State Bar No. 24081945<br>ALSTON & BIRD LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424<br>Telephone: (404) 881-7000<br>Facsimile: (404) 881-7777<br>Email: david.wender@alston.com | With a copy to:<br>Leib M. Lerner (CA Bar No. 227323)<br>Douglas J. Harris (CA Bar No. 329946)<br>**ALSTON & BIRD LLP**<br>333 South Hope Street, Sixteenth Floor<br>Los Angeles, California 90071<br>Telephone: (213) 576-1000<br>Facsimile: (213) 576-1100<br>Email: leib.lerner@alston.com<br>Email: Douglas.harris@alston.com |

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE                                                  Page 1

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive HHF's (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which HHF may or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: April 13, 2021

/s/ David A. Wender
David A. Wender
Texas State Bar No. 24081945
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: david.wender@alston.com

And

Leib M. Lerner (CA Bar No. 227323)
Douglas J. Harris (CA Bar No. 329946)
ALSTON & BIRD LLP
333 S. Hope Street, 16th Fl.
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Email: leib.lerner@alston.com
(Pro Hac Vice Pending)

Attorneys for Holiday Hospitality Franchising, LLC

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on this date a true and correct copy of the foregoing **Notice of Appearance and Request for Notice** was served by the Court's ECF system, or otherwise by first class mail, postage prepaid, to the Debtor, Debtor's counsel and the U.S. Trustee.

**Debtor**
LaRose Hospitality, LLC
915 E. Grande Blvd., Apt. 2201
Tyler, TX 75703

**Attorney for Debtor**
Joyce W. Lindauer
Joyce Lindauer, Attorney
1412 Main Street
Suite 500
Dallas, TX 75202

**U.S. Trustee**
Office of the U.S. Trustee
110 N. College Ave., Suite 300
Tyler, TX 75702

**Trustee**
H. Thomas Moran (SBRA V), III
736 Highway 87
PO Box 2966
Gilchrist, TX 77616

April 13, 2021                          /s/ David M. Wender
                                        David M. Wender