**Fill in this information to identify the case:**

Debtor Name: **LaRose Hospitality LLC**

United States Bankruptcy Court for the: Eastern District of Texas

Case number: 21-90034

☐ Check if this is an amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11       12/17

Month: **February**           Date report filed: **04/20/2021**
                                               MM / DD / YYYY

Line of business: **LaRose Hospitality LLC**     NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: **Akbar Ahmed**

Original signature of responsible party: *Akbar Ahmed*

Printed name of responsible party: **Akbar Ahmed**

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☑ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Official Form 425C       Monthly Operating Report for Small Business Under Chapter 11       page **1**

Debtor Name  La Rose Hospitality LLC          Case number 21-90034

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                        $ _____

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                    13
27. What is the number of employees as of the date of this monthly report?                       11

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?      $ _____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____
30. How much have you paid this month in other professional fees?                                $ _____
31. How much have you paid in total other professional fees since filing the case?               $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* <br> **Projected** <br> Copy lines 35-37 from the previous month's report. | − | *Column B* <br> **Actual** <br> Copy lines 20-22 of this report. | = | *Column C* <br> **Difference** <br> Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                            $ _____
36. Total projected cash disbursements for the next month:                                      − $ _____
37. Total projected net cash flow for the next month:                                           = $ _____



**JPMorgan Chase Bank, N.A.**
P O Box 182051
Columbus, OH 43218 - 2051

January 30, 2021 through February 26, 2021

Account Number: /2335

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00132103 DRE 201 219 05821 NNNNNNNNNNN  1 000000000 64 0000
LAROSE HOSPITALITY LLC
DBA HOLIDAY INN
120 SOUTHPOINT DRIVE
LIVINGSTON TX 77351



## We updated the way we post certain transactions to your account

Knowing the order in which we apply deposits and withdrawals can help you better manage your account and help you avoid possible fees and overdrafts.

**What's staying the same:**
We will continue to add deposits to your account first before subtracting withdrawals. Any fees are assessed last.

**What's changing:**
During our nightly processing, we now subtract the following withdrawals from your account based on the date and time of when the transaction was authorized or shows as pending, instead of subtracting from highest to lowest dollar order:
- Automatic payments from your account, also can be referred to as ACH payments
- Checks drawn on your account, and
- Recurring debit card transactions (e.g. movie subscriptions or gym memberships)

This is how we already subtract everyday debit card transactions (e.g. groceries, gasoline or dining out), online banking transactions and ATM withdrawals.

For more information, please see the Posting Order section in the Deposit Account Agreement at **chase.com/business-deposit-disclosures**. For information about overdrafts and our overdraft services, please visit **chase.com/overdraft**.

If you have questions, please call us at the number on your statement. We accept operator relay calls.

## Our courtesy practice related to refunds

We may have provided you with a discretionary fee refund at your request or on our own in the past. Please keep in mind that while we did this as a courtesy, we are not required to process similar requests in the future.



January 30, 2021 through February 26, 2021
Account Number:                    2335

## CHECKING SUMMARY

Chase Total Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$2,511.24** |
| Deposits and Additions | 40 | 84,800.11 |
| Checks Paid | 2 | -20,537.78 |
| ATM & Debit Card Withdrawals | 3 | -1,219.01 |
| Electronic Withdrawals | 31 | -27,902.58 |
| Other Withdrawals | 1 | -11,000.00 |
| Fees | 2 | -110.00 |
| **Ending Balance** | **79** | **$26,541.98** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/02 | Online Transfer From Chk ...0385 Transaction#: 11117786532 | $10,000.00 |
| 02/03 | Orig CO Name:Fiserv Merchant    Orig ID:D941687665 Desc Date:210202 CO Entry Descr:Deposit Sec:CCD    Trace#:053000197095796 Eed:210203    Ind ID:372743161880 Ind Name:Holiday Inn Express | 4,730.34 |
| 02/03 | Orig CO Name:Discover Network    Orig ID:1510020270 Desc Date:020221 CO Entry Descr:Settlementsec:CCD    Trace#:043301607901623 Eed:210203    Ind ID:601100136680188    Ind Name:Larose Hospitality LLC Trn: 0347901623Tc | 130.28 |
| 02/04 | Orig CO Name:Fiserv Merchant    Orig ID:D941687665 Desc Date:210203 CO Entry Descr:Deposit Sec:CCD    Trace#:053000199375952 Eed:210204    Ind ID:372743161880 Ind Name:Holiday Inn Express | 493.50 |
| 02/04 | Orig CO Name:Discover Network    Orig ID:1510020270 Desc Date:020321 CO Entry Descr:Settlementsec:CCD    Trace#:043301608955179 Eed:210204    Ind ID:601100136680188    Ind Name:Larose Hospitality LLC Trn: 0358955179Tc | 87.47 |
| 02/05 | Orig CO Name:Fiserv Merchant    Orig ID:D941687665 Desc Date:210204 CO Entry Descr:Fincl ADJ Sec:CCD    Trace#:053000192789212 Eed:210205    Ind ID:372743161880 Ind Name:Holiday Inn Express | 9,016.23 |
| 02/05 | Orig CO Name:Fiserv Merchant    Orig ID:D941687665 Desc Date:210204 CO Entry Descr:Deposit Sec:CCD    Trace#:053000192789052 Eed:210205    Ind ID:372743161880 Ind Name:Holiday Inn Express | 2,013.34 |
| 02/08 | Remote Online Deposit    1 | 34.87 |
| 02/08 | Orig CO Name:Fiserv Merchant    Orig ID:D941687665 Desc Date:210206 CO Entry Descr:Deposit Sec:CCD    Trace#:053000192867473 Eed:210208    Ind ID:372743161880 Ind Name:Holiday Inn Express | 3,453.05 |
| 02/08 | Orig CO Name:Fiserv Merchant    Orig ID:D941687665 Desc Date:210207 CO Entry Descr:Deposit Sec:CCD    Trace#:053000192867831 Eed:210208    Ind ID:372743161880 Ind Name:Holiday Inn Express | 3,034.00 |
| 02/08 | Orig CO Name:Fiserv Merchant    Orig ID:D941687665 Desc Date:210205 CO Entry Descr:Deposit Sec:CCD    Trace#:053000197750411 Eed:210208    Ind ID:372743161880 Ind Name:Holiday Inn Express | 2,904.03 |
| 02/09 | Remote Online Deposit    1 | 17.27 |
| 02/09 | Orig CO Name:Fiserv Merchant    Orig ID:D941687665 Desc Date:210208 CO Entry Descr:Deposit Sec:CCD    Trace#:053000194985427 Eed:210209    Ind ID:372743161880 Ind Name:Holiday Inn Express | 2,820.15 |
| 02/10 | Orig CO Name:Fiserv Merchant    Orig ID:D941687665 Desc Date:210209 CO Entry Descr:Deposit Sec:CCD    Trace#:053000194121907 Eed:210210    Ind ID:372743161880 Ind Name:Holiday Inn Express | 1,472.59 |
| 02/11 | Orig CO Name:Fiserv Merchant    Orig ID:D941687665 Desc Date:210210 CO Entry Descr:Deposit Sec:CCD    Trace#:053000193431605 Eed:210211    Ind ID:372743161880 Ind Name:Holiday Inn Express | 3,212.24 |
| 02/12 | Orig CO Name:Fiserv Merchant    Orig ID:D941687665 Desc Date:210211 CO Entry Descr:Deposit Sec:CCD    Trace#:053000194624925 Eed:210212    Ind ID:372743161880 Ind Name:Holiday Inn Express | 1,529.05 |



January 30, 2021 through February 26, 2021
Account Number: ?2335

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/12 | Orig CO Name:Discover Network    Orig ID:1510020270 Desc Date:021121 CO Entry Descr:Settlementsec:CCD    Trace#:043301604162704 Eed:210212   Ind ID:601100136680188        Ind Name:Larose Hospitality LLC Trn: 0434162704Tc | 131.16 |
| 02/16 | Orig CO Name:Fiserv Merchant    Orig ID:D941687665 Desc Date:210214 CO Entry Descr:Deposit  Sec:CCD   Trace#:053000197288085 Eed:210216   Ind ID:372743161880 Ind Name:Holiday Inn Express | 4,011.90 |
| 02/16 | Orig CO Name:Fiserv Merchant    Orig ID:D941687665 Desc Date:210212 CO Entry Descr:Deposit  Sec:CCD   Trace#:053000191811089 Eed:210216   Ind ID:372743161880 Ind Name:Holiday Inn Express | 1,739.29 |
| 02/16 | Orig CO Name:Fiserv Merchant    Orig ID:D941687665 Desc Date:210213 CO Entry Descr:Deposit  Sec:CCD   Trace#:053000197287670 Eed:210216   Ind ID:372743161880 Ind Name:Holiday Inn Express | 1,669.76 |
| 02/16 | Orig CO Name:Fiserv Merchant    Orig ID:D941687665 Desc Date:210215 CO Entry Descr:Deposit  Sec:CCD   Trace#:053000197288432 Eed:210216   Ind ID:372743161880 Ind Name:Holiday Inn Express | 1,659.54 |
| 02/16 | Orig CO Name:Discover Network    Orig ID:1510020270 Desc Date:021321 CO Entry Descr:Settlementsec:CCD    Trace#:043301606824998 Eed:210216   Ind ID:601100136680188        Ind Name:Larose Hospitality LLC Trn: 0476824998Tc | 246.13 |
| 02/16 | Orig CO Name:Discover Network    Orig ID:1510020270 Desc Date:021221 CO Entry Descr:Settlementsec:CCD    Trace#:043301603473072 Eed:210216   Ind ID:601100136680188        Ind Name:Larose Hospitality LLC Trn: 0473473072Tc | 164.74 |
| 02/16 | Orig CO Name:Discover Network    Orig ID:1510020270 Desc Date:021421 CO Entry Descr:Settlementsec:CCD    Trace#:043301606825810 Eed:210216   Ind ID:601100136680188        Ind Name:Larose Hospitality LLC Trn: 0476825810Tc | 121.23 |
| 02/17 | Orig CO Name:Fiserv Merchant    Orig ID:D941687665 Desc Date:210216 CO Entry Descr:Deposit  Sec:CCD   Trace#:053000196241969 Eed:210217   Ind ID:372743161880 Ind Name:Holiday Inn Express | 3,523.22 |
| 02/17 | Orig CO Name:Discover Network    Orig ID:1510020270 Desc Date:021621 CO Entry Descr:Settlementsec:CCD    Trace#:043301603621007 Eed:210217   Ind ID:601100136680188        Ind Name:Larose Hospitality LLC Trn: 0483621007Tc | 168.20 |
| 02/19 | Orig CO Name:Fiserv Merchant    Orig ID:D941687665 Desc Date:210218 CO Entry Descr:Deposit  Sec:CCD   Trace#:053000191054830 Eed:210219   Ind ID:372743161880 Ind Name:Holiday Inn Express | 2,465.27 |
| 02/19 | Orig CO Name:Discover Network    Orig ID:1510020270 Desc Date:021821 CO Entry Descr:Settlementsec:CCD    Trace#:043301600762904 Eed:210219   Ind ID:601100136680188        Ind Name:Larose Hospitality LLC Trn: 0500762904Tc | 177.81 |
| 02/22 | Orig CO Name:Fiserv Merchant    Orig ID:D941687665 Desc Date:210220 CO Entry Descr:Deposit  Sec:CCD   Trace#:053000199022636 Eed:210222   Ind ID:372743161880 Ind Name:Holiday Inn Express | 4,530.69 |
| 02/22 | Orig CO Name:Fiserv Merchant    Orig ID:D941687665 Desc Date:210219 CO Entry Descr:Deposit  Sec:CCD   Trace#:053000195447785 Eed:210222   Ind ID:372743161880 Ind Name:Holiday Inn Express | 4,452.74 |
| 02/22 | Orig CO Name:Fiserv Merchant    Orig ID:D941687665 Desc Date:210221 CO Entry Descr:Deposit  Sec:CCD   Trace#:053000199022953 Eed:210222   Ind ID:372743161880 Ind Name:Holiday Inn Express | 3,619.98 |
| 02/22 | Orig CO Name:Discover Network    Orig ID:1510020270 Desc Date:022121 CO Entry Descr:Settlementsec:CCD    Trace#:043301608645327 Eed:210222   Ind ID:601100136680188        Ind Name:Larose Hospitality LLC Trn: 0538645327Tc | 527.16 |
| 02/22 | Orig CO Name:Discover Network    Orig ID:1510020270 Desc Date:022021 CO Entry Descr:Settlementsec:CCD    Trace#:043301608643983 Eed:210222   Ind ID:601100136680188        Ind Name:Larose Hospitality LLC Trn: 0538643983Tc | 443.11 |
| 02/22 | Orig CO Name:Discover Network    Orig ID:1510020270 Desc Date:021921 CO Entry Descr:Settlementsec:CCD    Trace#:043301607047613 Eed:210222   Ind ID:601100136680188        Ind Name:Larose Hospitality LLC Trn: 0537047613Tc | 89.28 |
| 02/23 | Orig CO Name:Fiserv Merchant    Orig ID:D941687665 Desc Date:210222 CO Entry Descr:Deposit  Sec:CCD   Trace#:053000191477252 Eed:210223   Ind ID:372743161880 Ind Name:Holiday Inn Express | 2,852.45 |
| 02/23 | Orig CO Name:Discover Network    Orig ID:1510020270 Desc Date:022221 CO Entry Descr:Settlementsec:CCD    Trace#:043301601420614 Eed:210223   Ind ID:601100136680188        Ind Name:Larose Hospitality LLC Trn: 0541420614Tc | 177.17 |





January 30, 2021 ... February 26, 2021
Account Number: 2335

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/24 | Orig CO Name:Fiserv Merchant    Orig ID:D941687665 Desc Date:210223 CO Entry Descr:Deposit Sec:CCD   Trace#:053000191332619 Eed:210224  Ind ID:372743161880 Ind Name:Holiday Inn Express | 2,407.35 |
| 02/24 | Orig CO Name:Discover Network    Orig ID:1510020270 Desc Date:022321 CO Entry Descr:Settlementsec:CCD   Trace#:043301602339158 Eed:210224  Ind ID:601100136680188     Ind Name:Larose Hospitality LLC Trn: 0552339158Tc | 168.30 |
| 02/25 | Orig CO Name:Fiserv Merchant    Orig ID:D941687665 Desc Date:210224 CO Entry Descr:Deposit Sec:CCD   Trace#:053000193713015 Eed:210225  Ind ID:372743161880 Ind Name:Holiday Inn Express | 1,681.54 |
| 02/26 | Orig CO Name:Fiserv Merchant    Orig ID:D941687665 Desc Date:210225 CO Entry Descr:Deposit Sec:CCD   Trace#:053000199839307 Eed:210226  Ind ID:372743161880 Ind Name:Holiday Inn Express | 2,823.68 |

**Total Deposits and Additions** $84,800.11

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1026 ^ | | 02/11 | $15,480.73 |
| 1027 ^ | | 02/25 | 5,057.05 |

**Total Checks Paid** $20,537.78

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.
^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/11 | Card Purchase     02/10 Att*Bill Payment 800-288-2020 TX Card 9540 | $984.85 |
| 02/17 | Card Purchase     02/16 Paypal *Sarah 402-935-7733 CA Card 9540 | 150.00 |
| 02/22 | Card Purchase With Pin  02/20 Dollar-General # 225 N Diboll TX Card 9540 | 84.16 |

**Total ATM & Debit Card Withdrawals** $1,219.01

## ATM & DEBIT CARD SUMMARY

Akbar M Ahmed  Card 9540

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $1,219.01 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $1,219.01 |
| Total Card Deposits & Credits | $0.00 |



January 30, 2021 through February 26, 2021
Account Number: '2335



## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/01 | Orig CO Name:Att Capital Srvs    Orig ID:7742782655 Desc Date:    CO Entry Descr:Monthly Ddsec:PPD    Trace#:051000014095201 Eed:210201   Ind ID: Ind Name:Larose Hospitality LLC Trn: 0324095201Tc | $349.62 |
| 02/02 | Orig CO Name:Ipfs866-412-2565    Orig ID:1631659615 Desc Date:    CO Entry Descr:Ipfspmtokcsec:CCD    Trace#:101000011963429 Eed:210202   Ind ID:425245 Ind Name:Larose Hospitality LLC Trn: 0331963429Tc | 1,660.52 |
| 02/03 | 02/03 Domestic Wire Transfer Via: Metcommbk NY/026013356 A/C: Slate Advance Ref: Customer ID: Lendtech 347 Imad: 0203B1Qgc04C007412 Trn: 3309851034Es | 1,682.00 |
| 02/03 | Orig CO Name:Fiserv Merchant    Orig ID:D941687665 Desc Date:210202 CO Entry Descr:Interchng Sec:CCD    Trace#:053000197095313 Eed:210203   Ind ID:372743161880 Ind Name:Holiday Inn Express | 1,266.31 |
| 02/03 | Orig CO Name:Fiserv Merchant    Orig ID:D941687665 Desc Date:210202 CO Entry Descr:Fee    Sec:CCD    Trace#:053000197096140 Eed:210203   Ind ID:372743161880 Ind Name:Holiday Inn Express | 110.95 |
| 02/03 | Orig CO Name:Fiserv Merchant    Orig ID:D941687665 Desc Date:210202 CO Entry Descr:Discount Sec:CCD    Trace#:053000197095540 Eed:210203   Ind ID:372743161880 Ind Name:Holiday Inn Express | 52.30 |
| 02/04 | Orig CO Name:ADP Wage Pay    Orig ID:9333006057 Desc Date:210204 CO Entry Descr:Wage Pay Sec:CCD    Trace#:021000026042449 Eed:210204   Ind ID:622055134139Yd4    Ind Name:Larose Hospitality LLC | 6,551.20 |
| 02/04 | Orig CO Name:ADP Tax    Orig ID:1223006057 Desc Date:210204 CO Entry Descr:ADP Tax Sec:CCD   Trace#:021000026048330 Eed:210204   Ind ID:K7Yd4 020503A01    Ind Name:Larose Hospitality LLC | 1,449.12 |
| 02/04 | Orig CO Name:Hpfservi4 7603    Orig ID:9760523923 Desc Date:    CO Entry Descr:Lease Pmt Sec:CCD    Trace#:111000029042238 Eed:210204   Ind ID:304149208 Ind Name:Larose Hospitality, LI Trn: 0359042238Tc | 453.80 |
| 02/05 | 02/05 Online Payment 11039823738 To AT&T | 178.54 |
| 02/05 | 02/05 Online Payment 11136163325 To Direct Tv | 712.78 |
| 02/08 | 02/08 Online Payment 11154980650 To Anderson Affordable | 530.93 |
| 02/08 | 02/08 Online Payment 11155020722 To Anderson Affordable | 256.30 |
| 02/10 | Orig CO Name:Green Capital Fu    Orig ID:364809337 Desc Date:Feb 10 CO Entry Descr:Green Capisec:CCD    Trace#:067015094350911 Eed:210210   Ind ID:Deb12178554 Ind Name:Holidayinnlarosehospi Trn: 0414350911Tc | 25.00 |
| 02/11 | Orig CO Name:Sysco Corporatio    Orig ID:9004514834 Desc Date:    CO Entry Descr:Payment Sec:CCD    Trace#:021000025707986 Eed:210210   Ind ID:Usbl067019929S Ind Name:Larose Hospitality LLC Trn: 0415707986Tc | 306.32 |
| 02/12 | Orig CO Name:Hpfservi4 7603    Orig ID:9760523923 Desc Date:    CO Entry Descr:Lease Pmt Sec:CCD    Trace#:111000023416743 Eed:210211   Ind ID:304153310 Ind Name:Larose Hospitality, LI Trn: 0423416743Tc | 91.62 |
| 02/16 | Orig CO Name:ADP Payroll Fees    Orig ID:9659605001 Desc Date:210212 CO Entry Descr:ADP - Feessec:CCD    Trace#:021000029806338 Eed:210212   Ind ID:2Ryd4   1632320 Ind Name:Larose Hospitality LLC | 70.33 |
| 02/17 | Orig CO Name:Cpenergy Entex    Orig ID:176051140D Desc Date:    CO Entry Descr:Ent ACH Ebsec:Web    Trace#:021000022328739 Eed:210216   Ind ID:006402141602 Ind Name:Cnp | 442.30 |
| 02/18 | Orig CO Name:Green Capital Fu    Orig ID:364809337 Desc Date:Feb 18 CO Entry Descr:Green Capisec:CCD    Trace#:067015092430032 Eed:210218   Ind ID:Deb12193317 Ind Name:Holidayinnlarosehospi Trn: 0492430032Tc | 25.00 |
| 02/18 | Orig CO Name:ADP Wage Pay    Orig ID:9333006057 Desc Date:210218 CO Entry Descr:Wage Pay Sec:CCD    Trace#:021000029685084 Eed:210218   Ind ID:941916436444Yd4    Ind Name:Larose Hospitality LLC | 7,025.22 |
| 02/18 | Orig CO Name:ADP Tax    Orig ID:1223006057 Desc Date:210218 CO Entry Descr:ADP Tax Sec:CCD    Trace#:021000029640053 Eed:210218   Ind ID:K7Yd4 021804A01    Ind Name:Larose Hospitality LLC | 1,511.97 |
| 02/18 | Orig CO Name:Usconnect Servic    Orig ID:9000671165 Desc Date:021721 CO Entry Descr:Web Pmts Sec:Web    Trace#:111924680048928 Eed:210217   Ind ID:G1M9Wf Ind Name:Larose | 613.93 |



January 30, 2021 through February 26, 2021
Account Number: '2335

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/19 | Orig CO Name:Green Capital Fu    Orig ID:364809337  Desc Date:Feb 19 CO Entry Descr:Green Capisec:CCD  Trace#:067015091006576 Eed:210219  Ind ID:Deb12195985 Ind Name:Holidayinnlarosehospi Trn: 0501006576Tc | 25.00 |
| 02/22 | Orig CO Name:Green Capital Fu    Orig ID:364809337  Desc Date:Feb 22 CO Entry Descr:Green Capisec:CCD  Trace#:067015098540665 Eed:210222  Ind ID:Deb12198938 Ind Name:Holidayinnlarosehospi Trn: 0538540665Tc | 25.00 |
| 02/22 | Orig CO Name:ADP Pay-By-Pay    Orig ID:9555555505 Desc Date:210219 CO Entry Descr:Pay-By-Paysec:CCD  Trace#:021000020791642 Eed:210219  Ind ID:941916436445Yd4    Ind Name:Larose Hospitality LLC | 106.74 |
| 02/23 | Orig CO Name:Green Capital Fu    Orig ID:364809337  Desc Date:Feb 23 CO Entry Descr:Green Capisec:CCD  Trace#:067015091843673 Eed:210223  Ind ID:Deb12201732 Ind Name:Holidayinnlarosehospi Trn: 0541843673Tc | 25.00 |
| 02/24 | Orig CO Name:Webfile Tax Pymt    Orig ID:2146000311 Desc Date:    CO Entry Descr:Dd Sec:CCD  Trace#:021000021436737 Eed:210224  Ind ID:902/01598564    Ind Name:33311/12345/EDI/Xml - | 1,896.83 |
| 02/24 | Orig CO Name:Green Capital Fu    Orig ID:364809337  Desc Date:Feb 24 CO Entry Descr:Green Capisec:CCD  Trace#:067015091081096 Eed:210224  Ind ID:Deb12204535 Ind Name:Holidayinnlarosehospi Trn: 0551081096Tc | 25.00 |
| 02/25 | Orig CO Name:Green Capital Fu    Orig ID:364809337  Desc Date:Feb 25 CO Entry Descr:Green Capisec:CCD  Trace#:067015093881624 Eed:210225  Ind ID:Deb12207275 Ind Name:Holidayinnlarosehospi Trn: 0563881624Tc | 25.00 |
| 02/26 | Orig CO Name:Green Capital Fu    Orig ID:364809337  Desc Date:Feb 26 CO Entry Descr:Green Capisec:CCD  Trace#:067015099324141 Eed:210226  Ind ID:Deb12210096 Ind Name:Holidayinnlarosehospi Trn: 0579324141Tc | 25.00 |
| 02/26 | Orig CO Name:Hpfservi4  7603    Orig ID:9760523923 Desc Date:    CO Entry Descr:Lease Pmt Sec:CCD  Trace#:111000024144200 Eed:210225  Ind ID:304166244 Ind Name:Larose Hospitality, Ll Trn: 0564144200Tc | 382.95 |
| **Total Electronic Withdrawals** | | **$27,902.58** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/22 | 02/22 Withdrawal | $11,000.00 |
| **Total Other Withdrawals** | | **$11,000.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/03 | Domestic Wire Fee | $35.00 |
| 02/23 | Legal Processing Fee | 75.00 |
| **Total Fees** | | **$110.00** |

The monthly service fee of $12.00 was waived this period because you maintained a minimum daily balance of $1,500.00 or more.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 02/01 | $2,161.62 | 02/05 | 14,480.26 | 02/11 | 13,844.33 |
| 02/02 | 10,501.10 | 02/08 | 23,118.98 | 02/12 | 15,412.92 |
| 02/03 | 12,215.16 | 02/09 | 25,956.40 | 02/16 | 24,955.18 |
| 02/04 | 4,342.01 | 02/10 | 27,403.99 | 02/17 | 28,054.30 |



January 30, 2021 through February 26, 2021

Account Number: 72335

## DAILY ENDING BALANCE  *(continued)*

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 02/18 | 18,878.18 | 02/23 | 26,872.94 | 02/25 | 24,126.25 |
| 02/19 | 21,496.26 | 02/24 | 27,526.76 | 02/26 | 26,541.98 |
| 02/22 | 23,943.32 | | | | |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 33 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **33** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $12.00 |
| Service Fee Credit | -$12.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC





January 30, 2021 through February 26, 2021
Account Number: _____ '2335

This Page Intentionally Left Blank

Page 8 of 8



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

February 27, 2021 through March 31, 2021
Account Number: _____ 2335



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00137924 DRE 201 219 09121 NNNNNNNNNNN 1 000000000 64 0000
LAROSE HOSPITALITY LLC DBA HOLIDAY INN
DEBTOR-IN-POSSESSION 21-90034
120 SOUTHPOINT DRIVE
LIVINGSTON TX 77351

## CHECKING SUMMARY    Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $26,541.98 |
| Deposits and Additions | 49 | 129,371.09 |
| Checks Paid | 4 | -6,055.43 |
| Electronic Withdrawals | 26 | -48,103.11 |
| Other Withdrawals | 1 | -22,736.01 |
| Fees | 4 | -115.00 |
| **Ending Balance** | **84** | **$78,903.52** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/01 | Remote Online Deposit      1 | $26.60 |
| 03/01 | Orig CO Name:Fiserv Merchant    Orig ID:D941687665 Desc Date:210228 CO Entry Descr:Deposit Sec:CCD   Trace#:053000190785172 Eed:210301   Ind ID:372743161880 Ind Name:Holiday Inn Express | 4,341.96 |
| 03/01 | Orig CO Name:Fiserv Merchant    Orig ID:D941687665 Desc Date:210227 CO Entry Descr:Deposit Sec:CCD   Trace#:053000190784814 Eed:210301   Ind ID:372743161880 Ind Name:Holiday Inn Express | 3,371.03 |
| 03/01 | Orig CO Name:Fiserv Merchant    Orig ID:D941687665 Desc Date:210226 CO Entry Descr:Deposit Sec:CCD   Trace#:053000192143311 Eed:210301   Ind ID:372743161880 Ind Name:Holiday Inn Express | 2,991.34 |
| 03/02 | Orig CO Name:Fiserv Merchant    Orig ID:D941687665 Desc Date:210301 CO Entry Descr:Deposit Sec:CCD   Trace#:053000197724390 Eed:210302   Ind ID:372743161880 Ind Name:Holiday Inn Express | 1,536.56 |
| 03/03 | Orig CO Name:Fiserv Merchant    Orig ID:D941687665 Desc Date:210302 CO Entry Descr:Deposit Sec:CCD   Trace#:053000194943619 Eed:210303   Ind ID:372743161880 Ind Name:Holiday Inn Express | 5,039.75 |
| 03/03 | Orig CO Name:Discover Network    Orig ID:1510020270 Desc Date:030221 CO Entry Descr:Settlementsec:CCD   Trace#:043301602498304 Eed:210303   Ind ID:601100136680188        Ind Name:Larose Hospitality LLC Trn: 0622498304Tc | 248.46 |
| 03/04 | Orig CO Name:Fiserv Merchant    Orig ID:D941687665 Desc Date:210303 CO Entry Descr:Deposit Sec:CCD   Trace#:053000199751827 Eed:210304   Ind ID:372743161880 Ind Name:Holiday Inn Express | 644.79 |
| 03/05 | Orig CO Name:Fiserv Merchant    Orig ID:D941687665 Desc Date:210304 CO Entry Descr:Deposit Sec:CCD   Trace#:053000195352547 Eed:210305   Ind ID:372743161880 Ind Name:Holiday Inn Express | 2,385.34 |
| 03/08 | Remote Online Deposit      1 | 13.81 |



February 27, 20?? ?? ?1 2021
Account Number: ...2335

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 03/08 | Orig CO Name:Fiserv Merchant  Orig ID:D941687665 Desc Date:210306 CO Entry Descr:Deposit Sec:CCD Trace#:053000197444887 Eed:210308 Ind ID:372743161880 Ind Name:Holiday Inn Express | 2,496.46 |
| 03/08 | Orig CO Name:Fiserv Merchant  Orig ID:D941687665 Desc Date:210305 CO Entry Descr:Deposit Sec:CCD Trace#:053000192077945 Eed:210308 Ind ID:372743161880 Ind Name:Holiday Inn Express | 1,624.24 |
| 03/08 | Orig CO Name:Fiserv Merchant  Orig ID:D941687665 Desc Date:210307 CO Entry Descr:Deposit Sec:CCD Trace#:053000197445236 Eed:210308 Ind ID:372743161880 Ind Name:Holiday Inn Express | 1,567.88 |
| 03/08 | Orig CO Name:Discover Network  Orig ID:1510020270 Desc Date:030721 CO Entry Descr:Settlementsec:CCD Trace#:043301607018915 Eed:210308 Ind ID:601100136680188  Ind Name:Larose Hospitality LLC Trn: 0677018915Tc | 297.46 |
| 03/08 | Orig CO Name:Discover Network  Orig ID:1510020270 Desc Date:030621 CO Entry Descr:Settlementsec:CCD Trace#:043301607017646 Eed:210308 Ind ID:601100136680188  Ind Name:Larose Hospitality LLC Trn: 0677017646Tc | 116.30 |
| 03/09 | Orig CO Name:Fiserv Merchant  Orig ID:D941687665 Desc Date:210308 CO Entry Descr:Deposit Sec:CCD Trace#:053000191985752 Eed:210309 Ind ID:372743161880 Ind Name:Holiday Inn Express | 2,835.18 |
| 03/10 | Orig CO Name:Fiserv Merchant  Orig ID:D941687665 Desc Date:210309 CO Entry Descr:Deposit Sec:CCD Trace#:053000191164342 Eed:210310 Ind ID:372743161880 Ind Name:Holiday Inn Express | 6,108.31 |
| 03/11 | Orig CO Name:Fiserv Merchant  Orig ID:D941687665 Desc Date:210310 CO Entry Descr:Deposit Sec:CCD Trace#:053000198870393 Eed:210311 Ind ID:372743161880 Ind Name:Holiday Inn Express | 1,719.52 |
| 03/12 | Orig CO Name:Fiserv Merchant  Orig ID:D941687665 Desc Date:210311 CO Entry Descr:Deposit Sec:CCD Trace#:053000199641454 Eed:210312 Ind ID:372743161880 Ind Name:Holiday Inn Express | 705.15 |
| 03/15 | Remote Online Deposit       1 | 25.51 |
| 03/15 | Orig CO Name:Fiserv Merchant  Orig ID:D941687665 Desc Date:210314 CO Entry Descr:Deposit Sec:CCD Trace#:053000193903139 Eed:210315 Ind ID:372743161880 Ind Name:Holiday Inn Express | 3,452.81 |
| 03/15 | Orig CO Name:Fiserv Merchant  Orig ID:D941687665 Desc Date:210312 CO Entry Descr:Deposit Sec:CCD Trace#:053000198861040 Eed:210315 Ind ID:372743161880 Ind Name:Holiday Inn Express | 2,481.82 |
| 03/15 | Orig CO Name:Fiserv Merchant  Orig ID:D941687665 Desc Date:210313 CO Entry Descr:Deposit Sec:CCD Trace#:053000193902776 Eed:210315 Ind ID:372743161880 Ind Name:Holiday Inn Express | 2,017.80 |
| 03/15 | Orig CO Name:Discover Network  Orig ID:1510020270 Desc Date:031321 CO Entry Descr:Settlementsec:CCD Trace#:043301603061009 Eed:210315 Ind ID:601100136680188  Ind Name:Larose Hospitality LLC Trn: 0743061009Tc | 177.17 |
| 03/16 | Orig CO Name:Fiserv Merchant  Orig ID:D941687665 Desc Date:210316 CO Entry Descr:Deposit Sec:CCD Trace#:053000194182110 Eed:210316 Ind ID:372743161880 Ind Name:Holiday Inn Express | 3,169.22 |
| 03/18 | Orig CO Name:Fiserv Merchant  Orig ID:D941687665 Desc Date:210317 CO Entry Descr:Deposit Sec:CCD Trace#:053000199213272 Eed:210318 Ind ID:372743161880 Ind Name:Holiday Inn Express | 2,214.44 |
| 03/18 | Orig CO Name:Fiserv Merchant  Orig ID:D941687665 Desc Date:210317 CO Entry Descr:Fincl ADJ Sec:CCD Trace#:053000199213426 Eed:210318 Ind ID:372743161880 Ind Name:Holiday Inn Express | 908.21 |
| 03/19 | Orig CO Name:Fiserv Merchant  Orig ID:D941687665 Desc Date:210318 CO Entry Descr:Deposit Sec:CCD Trace#:053000190489927 Eed:210319 Ind ID:372743161880 Ind Name:Holiday Inn Express | 2,027.23 |
| 03/19 | Orig CO Name:Discover Network  Orig ID:1510020270 Desc Date:031821 CO Entry Descr:Settlementsec:CCD Trace#:043301609806986 Eed:210319 Ind ID:601100136680188  Ind Name:Larose Hospitality LLC Trn: 0789806986Tc | 416.75 |
| 03/22 | Orig CO Name:Fiserv Merchant  Orig ID:D941687665 Desc Date:210319 CO Entry Descr:Deposit Sec:CCD Trace#:053000196442794 Eed:210322 Ind ID:372743161880 Ind Name:Holiday Inn Express | 3,070.36 |



February 27, 2021 through March 31, 2021
Account Number: _____ '2335

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/22 | Orig CO Name:Fiserv Merchant    Orig ID:D941687665 Desc Date:210320 CO Entry Descr:Deposit Sec:CCD   Trace#:053000190882384 Eed:210322   Ind ID:372743161880 Ind Name:Holiday Inn Express | 2,345.89 |
| 03/22 | Orig CO Name:Fiserv Merchant    Orig ID:D941687665 Desc Date:210321 CO Entry Descr:Deposit Sec:CCD   Trace#:053000190882745 Eed:210322   Ind ID:372743161880 Ind Name:Holiday Inn Express | 2,117.29 |
| 03/22 | Orig CO Name:Discover Network    Orig ID:1510020270 Desc Date:031921 CO Entry Descr:Settlementsec:CCD   Trace#:043301607554988 Eed:210322   Ind ID:601100136680188    Ind Name:Larose Hospitality LLC Trn: 0817554988Tc | 188.15 |
| 03/22 | Orig CO Name:Discover Network    Orig ID:1510020270 Desc Date:032121 CO Entry Descr:Settlementsec:CCD   Trace#:043301600456664 Eed:210322   Ind ID:601100136680188    Ind Name:Larose Hospitality LLC Trn: 0810456664Tc | 99.21 |
| 03/23 | Orig CO Name:Fiserv Merchant    Orig ID:D941687665 Desc Date:210322 CO Entry Descr:Deposit Sec:CCD   Trace#:053000193154370 Eed:210323   Ind ID:372743161880 Ind Name:Holiday Inn Express | 3,618.68 |
| 03/24 | Orig CO Name:Fiserv Merchant    Orig ID:D941687665 Desc Date:210323 CO Entry Descr:Deposit Sec:CCD   Trace#:053000193074808 Eed:210324   Ind ID:372743161880 Ind Name:Holiday Inn Express | 3,700.23 |
| 03/24 | Orig CO Name:Discover Network    Orig ID:1510020270 Desc Date:032321 CO Entry Descr:Settlementsec:CCD   Trace#:043301604419109 Eed:210324   Ind ID:601100136680188    Ind Name:Larose Hospitality LLC Trn: 0834419109Tc | 88.17 |
| 03/25 | Orig CO Name:Fiserv Merchant    Orig ID:D941687665 Desc Date:210324 CO Entry Descr:Deposit Sec:CCD   Trace#:053000190129047 Eed:210325   Ind ID:372743161880 Ind Name:Holiday Inn Express | 2,308.06 |
| 03/26 | Orig CO Name:Fiserv Merchant    Orig ID:D941687665 Desc Date:210325 CO Entry Descr:Deposit Sec:CCD   Trace#:053000197161003 Eed:210326   Ind ID:372743161880 Ind Name:Holiday Inn Express | 1,807.21 |
| 03/26 | Orig CO Name:Discover Network    Orig ID:1510020270 Desc Date:032521 CO Entry Descr:Settlementsec:CCD   Trace#:043301607819164 Eed:210326   Ind ID:601100136680188    Ind Name:Larose Hospitality LLC Trn: 0857819164Tc | 167.44 |
| 03/29 | Orig CO Name:Fiserv Merchant    Orig ID:D941687665 Desc Date:210328 CO Entry Descr:Deposit Sec:CCD   Trace#:053000192143935 Eed:210329   Ind ID:372743161880 Ind Name:Holiday Inn Express | 11,556.71 |
| 03/29 | Orig CO Name:Fiserv Merchant    Orig ID:D941687665 Desc Date:210326 CO Entry Descr:Deposit Sec:CCD   Trace#:053000190114111 Eed:210329   Ind ID:372743161880 Ind Name:Holiday Inn Express | 4,998.79 |
| 03/29 | Orig CO Name:Fiserv Merchant    Orig ID:D941687665 Desc Date:210327 CO Entry Descr:Deposit Sec:CCD   Trace#:053000192143570 Eed:210329   Ind ID:372743161880 Ind Name:Holiday Inn Express | 1,654.08 |
| 03/30 | Credit / Deposit | 22,736.01 |
| 03/30 | Remote Online Deposit       1 | 376.96 |
| 03/30 | Remote Online Deposit       1 | 6.20 |
| 03/30 | Orig CO Name:Fiserv Merchant    Orig ID:D941687665 Desc Date:210329 CO Entry Descr:Deposit Sec:CCD   Trace#:053000198075953 Eed:210330   Ind ID:372743161880 Ind Name:Holiday Inn Express | 5,876.34 |
| 03/31 | Orig CO Name:Fiserv Merchant    Orig ID:D941687665 Desc Date:210330 CO Entry Descr:Deposit Sec:CCD   Trace#:053000194004987 Eed:210331   Ind ID:372743161880 Ind Name:Holiday Inn Express | 7,530.57 |
| 03/31 | Orig CO Name:Discover Network    Orig ID:1510020270 Desc Date:033021 CO Entry Descr:Settlementsec:CCD   Trace#:043301603634426 Eed:210331   Ind ID:601100136680188    Ind Name:Larose Hospitality LLC Trn: 0903634426Tc | 163.64 |
| **Total Deposits and Additions** | | **$129,371.09** |





February 27, 2021 through March 31, 2021
Account Number: 2335

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1028 ^ | | 03/04 | $351.81 |
| 1029 ^ | | 03/04 | 225.00 |
| 1030 ^ | | 03/17 | 5,348.62 |
| 1031 ^ | | 03/24 | 130.00 |
| **Total Checks Paid** | | | **$6,055.43** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.
^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/01 | Orig CO Name:ADP Payroll Fees    Orig ID:9659605001 Desc Date:210226 CO Entry Descr:ADP - Feessec:CCD    Trace#:021000021873540 Eed:210226  Ind ID:2Ryd4  6502825 Ind Name:Larose Hospitality LLC | $91.93 |
| 03/02 | Orig CO Name:Ipfs866-412-2565    Orig ID:1631659615 Desc Date:    CO Entry Descr:Ipfspmtokcsec:CCD    Trace#:101000013039823 Eed:210302  Ind ID:425245 Ind Name:Larose Hospitality LLC Trn: 0613039823Tc | 1,660.52 |
| 03/03 | Orig CO Name:Fiserv Merchant    Orig ID:D941687665 Desc Date:210302 CO Entry Descr:Interchng Sec:CCD    Trace#:053000194943134 Eed:210303  Ind ID:372743161880 Ind Name:Holiday Inn Express | 1,553.97 |
| 03/04 | Orig CO Name:Fiserv Merchant    Orig ID:D941687665 Desc Date:210302 CO Entry Descr:Fee    Sec:CCD    Trace#:053000194943967 Eed:210303  Ind ID:372743161880 Ind Name:Holiday Inn Express | 152.82 |
| 03/04 | Orig CO Name:Fiserv Merchant    Orig ID:D941687665 Desc Date:210302 CO Entry Descr:Discount Sec:CCD    Trace#:053000194943366 Eed:210303  Ind ID:372743161880 Ind Name:Holiday Inn Express | 55.23 |
| 03/05 | Orig CO Name:ADP Wage Pay    Orig ID:9333006057 Desc Date:210305 CO Entry Descr:Wage Pay Sec:CCD    Trace#:021000027643172 Eed:210305  Ind ID:190062543101Yd4    Ind Name:Larose Hospitality LLC | 6,413.79 |
| 03/05 | Orig CO Name:ADP Tax    Orig ID:1223006057 Desc Date:210305 CO Entry Descr:ADP Tax  Sec:CCD    Trace#:021000027620476 Eed:210305  Ind ID:K7Yd4 030505A01    Ind Name:Larose Hospitality LLC | 1,433.69 |
| 03/05 | Orig CO Name:Hpfservi4  7603    Orig ID:9760523923 Desc Date:    CO Entry Descr:Lease Pmt Sec:CCD    Trace#:111000029506171 Eed:210304  Ind ID:304174805 Ind Name:Larose Hospitality, LI Trn: 0639506171Tc | 453.80 |
| 03/05 | Orig CO Name:Att Capital Srvs    Orig ID:7742782655 Desc Date:    CO Entry Descr:Monthly Ddsec:PPD    Trace#:051000019753201 Eed:210304  Ind ID: Ind Name:Larose Hospitality LLC Trn: 0639753201Tc | 349.62 |
| 03/08 | 03/08 Online Payment 11132764289 To AT&T | 178.54 |
| 03/09 | Orig CO Name:ADP Pay-By-Pay    Orig ID:9555555505 Desc Date:210308 CO Entry Descr:Pay-By-Paysec:CCD    Trace#:021000021901434 Eed:210308  Ind ID:190062543102Yd4    Ind Name:Larose Hospitality LLC | 54.12 |
| 03/11 | 03/11 Online Payment 11136194830 To Direct Tv | 712.78 |
| 03/15 | 03/13 Online Payment 11365420052 To AT&T | 336.08 |
| 03/15 | 03/15 Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Six Continents Hotels Ref: Lockbox 101074/Bnf/Lockbox 101074/Time/11:37 Imad: 0315B1Qgc05C008611 Trn: 3338891074Es | 16,000.00 |
| 03/16 | Orig CO Name:Sysco Corporatio    Orig ID:9004514834 Desc Date:    CO Entry Descr:Payment  Sec:CCD    Trace#:021000029394863 Eed:210315  Ind ID:Usbl067019929S Ind Name:Larose Hospitality Trn: 0749394863Tc | 596.18 |
| 03/16 | Orig CO Name:Hd Supply Fm    Orig ID:9087438010 Desc Date:031221 CO Entry Descr:Bt0312    Sec:CCD    Trace#:021000029409019 Eed:210315  Ind ID:0000000133064858 Ind Name:Akbar M Ahmed | 287.86 |
| 03/17 | 03/17 Online Domestic Wire Transfer Via: Dbtco Americas Nyc/021001033 A/C: ADP New York NY 100052858 US Ref: ADP/Bnf/ADP Imad: 0317B1Qgc08C002094 Trn: 3077611076Es | 7,001.02 |



February 27, 2021 through March 31, 2021
Account Number: '2335

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/17 | Orig CO Name:Usconnect Servic   Orig ID:9000671165 Desc Date:031621 CO Entry Descr:Web Pmts Sec:Web   Trace#:111924682613507 Eed:210316   Ind ID:C9Pg1G   Ind Name:Larose | 595.19 |
| 03/17 | Orig CO Name:Cpenergy Entex   Orig ID:176051140D Desc Date:   CO Entry Descr:Ent ACH Ebsec:Web   Trace#:021000027056192 Eed:210316   Ind ID:006402141602   Ind Name:Cnp | 544.14 |
| 03/17 | Orig CO Name:Hpfservi4 7603   Orig ID:9760523923 Desc Date:   CO Entry Descr:Lease Pmt Sec:CCD   Trace#:111000020150721 Eed:210316   Ind ID:304178872   Ind Name:Larose Hospitality, Ll Trn: 0750150721Tc | 91.62 |
| 03/22 | Orig CO Name:ADP Payroll Fees   Orig ID:9659605001 Desc Date:210319 CO Entry Descr:ADP - Feessec:CCD   Trace#:021000024845825 Eed:210319   Ind ID:2Ryd4 8745102   Ind Name:Larose Hospitality LLC | 86.32 |
| 03/23 | Orig CO Name:Webfile Tax Pymt   Orig ID:2146000311 Desc Date:   CO Entry Descr:Dd Sec:CCD   Trace#:021000023574072 Eed:210323   Ind ID:902/01887371   Ind Name:33311/12345/EDI/Xml - | 1,979.99 |
| 03/23 | Orig CO Name:Ecolab Inc.   Orig ID:3410231510 Desc Date:210316 CO Entry Descr:Epay   Sec:PPD   Trace#:021000027589206 Eed:210322   Ind ID:   Ind Name:Holiday Inn Expre Trn: 0817589206Tc | 169.08 |
| 03/26 | Orig CO Name:Hpfservi4 7603   Orig ID:9760523923 Desc Date:   CO Entry Descr:Lease Pmt Sec:CCD   Trace#:111000029838402 Eed:210325   Ind ID:304190070   Ind Name:Larose Hospitality, Ll Trn: 0849838402Tc | 382.95 |
| 03/29 | Orig CO Name:ADP Payroll Fees   Orig ID:9659605001 Desc Date:210326 CO Entry Descr:ADP - Feessec:CCD   Trace#:021000024756801 Eed:210326   Ind ID:2Ryd4 9729319   Ind Name:Larose Hospitality LLC | 80.73 |
| 03/31 | 03/31 Online Domestic Wire Transfer Via: Dbtco Americas Nyc/021001033 A/C: ADP New York NY 100052858 US Ref:/Bnf/ADP Imad: 0331B1Qgc08C008756 Trn: 3168491090Es | 6,841.14 |
| **Total Electronic Withdrawals** | | **$48,103.11** |



## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/24 | Coal-23Feb21-615 | $22,736.01 |
| **Total Other Withdrawals** | | **$22,736.01** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/01 | Stop Payment Fee | $30.00 |
| 03/15 | Domestic Wire Fee | 35.00 |
| 03/17 | Online Domestic Wire Fee | 25.00 |
| 03/31 | Online Domestic Wire Fee | 25.00 |
| **Total Fees** | | **$115.00** |

The monthly service fee of $12.00 was waived this period because you maintained a minimum daily balance of $1,500.00 or more.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 03/01 | $37,150.98 | 03/08 | 40,293.24 | 03/15 | 42,678.53 |
| 03/02 | 37,027.02 | 03/09 | 43,074.30 | 03/16 | 44,963.71 |
| 03/03 | 40,761.26 | 03/10 | 49,182.61 | 03/17 | 31,358.12 |
| 03/04 | 40,621.19 | 03/11 | 50,189.35 | 03/18 | 34,480.77 |
| 03/05 | 34,355.63 | 03/12 | 50,894.50 | 03/19 | 36,924.75 |



February 27, 2021 through March 31, 2021

Account Number: **2335**

## DAILY ENDING BALANCE *(continued)*

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 03/22 | 44,659.33 | 03/25 | 29,359.39 | 03/30 | 78,075.45 |
| 03/23 | 46,128.94 | 03/26 | 30,951.09 | 03/31 | 78,903.52 |
| 03/24 | 27,051.33 | 03/29 | 49,079.94 | | |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 27 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **27** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $12.00 |
| Service Fee Credit | -$12.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC